## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LUQMAN ABDULLAH, a/k/a Terry Douglas, ) ) Plaintiff, ) ) v. ) ) COREY WILSON, MATT DIXSON, and ) METRO POLICE DEPT., ) ) Defendants. ) | Civil No. 3:10-1076 Judge Trauger Magistrate Judge Brown |

### O R D E R

On January 24, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 19), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by defendant Metropolitan Police Department (Docket No. 13) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 16th day of March 2011.

ALETA A. TRAUGER
U.S. District Judge