IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LUQMAN ABDULLAH, a/k/a Terry Douglas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1076 |
| | ) | Judge Trauger |
| COREY WILSON and MATT DIXSON, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This case has been remanded to this court for further consideration of the qualified immunity defense raised by the defendants. It is hereby **ORDERED** that this case is **REFERRED** to the Magistrate Judge for a report and recommendation as to the qualified immunity defense, setting aside the plain view factual dispute.

It is so **ORDERED.**

Enter this 25th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge