UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LUQMAN ABDULLAH, a/k/a ] | |
| TERRY DOUGLAS ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No.3:10-1076 |
| ] | Judge Trauger |
| COREY WILSON, et al. ] | |
|     Defendants. ] | |

## <u>O R D E R</u>

By an order (Docket Entry No.174) entered March 14, 2014, the instant *pro se* § 1983 action was dismissed with prejudice.

Presently before the Court is plaintiff's "Motion for Review" (Docket Entry No.177).

The Court has considered plaintiff's Motion and finds that it has no merit. This action was not dismissed in error. Accordingly, plaintiff's Motion for Review is hereby DENIED.

It is so ORDERED.

                                                Aleta A. Trauger
                                                United States District Judge